IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MALIK N MARTIN , | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00029-CAR |
| | * |
| SONIA ADAMS, CHASE AMBROSE, and BRIAN DAVIS, JR., | * |
| Defendants. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 7th day of April, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk